LEONTINE KINKEAD, Appellant, v. LYSOL INCORPORATED and LEHN & FINK, INCORPORATED, Respondents.— Judgment affirmed, with costs. (See *Karr* v. *Inecto, Inc.*, 247 N. Y. 360; *Antowill* v. *Friedmann*, 197 App. Div. 230; *Willson* v. *Faxon, Williams & Faxon*, 138 id. 359.) All concur, except Thompson, J., not voting. (The judgment dismisses the complaint in an action for damages for personal injuries sustained by use of a disinfectant.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.

ARTHUR CLYDE KINKEAD, Appellant, v. LYSOL INCORPORATED and LEHN & FINK, INCORPORATED, Respondents.— Judgment affirmed, with costs. (See *Karr* v. *Inecto, Inc.*, 247 N. Y. 360; *Antowill* v. *Friedmann*, 197 App. Div. 230; *Willson* v. *Faxon, Williams & Faxon*, 138 id. 359.) All concur, except Thompson, J., not voting. (The judgment dismisses plaintiff's complaint in an action for damages for loss of services and care of plaintiff's wife injured by use of a disinfectant.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.

MONETARY SERVICE CORPORATION, Respondent, v. ELMER E. KROLL, Appellant. [Appeal No. 1.] — Judgments reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: In determining this appeal we are not confined to the oral testimony but take into consideration all circumstances surrounding the transaction and reasonable inferences drawn therefrom. Circumstances from which the inference may be drawn are: (1) That plaintiff's agents never saw the leases, the rents from which the plaintiff was buying. (2) That payments that were made to the plaintiff were not made by the tenants but by defendant personally and were not shown to have been made by defendant from any rents received. (3) That plaintiff did not advance the money until its agents had seen defendant's financial statement and required defendant to give his personal guaranty that he would pay the rents if the tenants failed to do so. On the entire case, a question for the jury was presented as to whether the plaintiff made a usurious loan. All concur. (The judgment affirms a judgment of Buffalo City Court in an action to recover guaranteed payments due under an assignment of rents.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MONETARY SERVICE CORPORATION, Respondent, v. ELMER E. KROLL, Appellant. [Appeal No. 2.] — Upon the stipulation in open court that determination of this appeal should follow the result of the appeal in preceding case, order reversed, without costs, and motion remitted to the City Court for further consideration. All concur. (The order affirms an order of Buffalo City Court denying motion of defendant to permit him to answer or otherwise move in reference to plaintiff's complaint and dismissing defendant's appeal from said order.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL PECORA, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the violation of the Alcoholic Beverage Control Law.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.